IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH E. KRAUSE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  09-1132 |
| | : | |
| THE PHILADELPHIA SOUL, a/k/a | : | |
| AFL PHILADELPHIA, LLC; | : | |
| CRAIG SPENCER, JON BON | : | |
| JOVI; LEO CARLIN, JR.; | : | |
| PAUL KORZILIUS, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

_____AND NOW, this 30th day of April, 2009, upon consideration of Plaintiff's Motion to

Remand (Doc. 6) and for the reasons stated in the foregoing Memorandum, it is hereby

ORDERED that this case is REMANDED to the Pennsylvania Court of Common Pleas,

Philadelphia County, for lack of federal subject matter jurisdiction.

The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\Lauren\Krause v. Philadelphia Soul\remand order.wpd